IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ABRAHAM JUDAH MYTON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-32 |
| v. | |
| JAMES DEAL, et al., | |
| Defendants. | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 12. No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Deal, Adams, Dasher, Bruce, COII Hamilton, and COII Ellis and all claims for monetary damages against Defendants in their official capacities. Plaintiff's deliberate indifference to medical treatment and safety claims against Defendants Moye and Goette remain pending. Doc. 14.

**SO ORDERED**, this 21st day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA