IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ABRAHAM JUDAH MYTON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-32 |
| v. | |
| LT. TERRY MOYE; and LT. MICHAEL GOETTIE, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendants' Motion to Stay Discovery. Doc. 25. Plaintiff has not responded to Defendants' Motion, and the time to do so has expired, indicating there is no opposition. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to the motion."). Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' motion to dismiss. If any claims remain pending after the Court's resolution of the motion to dismiss, this stay shall be lifted automatically, and the parties shall provide proposed discovery deadlines within 14 days of the final ruling on the motion to dismiss.

**SO ORDERED**, this 10th day of March, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA