IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ABRAHAM JUDAH MYTON,

       Plaintiff,

    v.

LT. TERRY MOYE; and LT. MICHAEL
GOETTIE,

       Defendants.

CIVIL ACTION NO.: 6:19-cv-32

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 40. Plaintiff did not file Objections to the Report and Recommendation but was given an extension of time to do so, doc. 44.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to exhaust administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 26ᵗʰ day of October, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA